Matthew Mellen (SBN: 233350)
Jessica Galletta (SBN: 281179)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 315-1653
Facsimile: (415) 276-1902
email@mellenlawfirm.com

Attorneys for Plaintiffs,
THEODORE HAYNISH, JR.
JACQUELINE HAYNISH

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE HAYNISH, JR., an individual; and JACQUELINE HAYNISH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a business entity; SELECT PORTFOLIO SERVICING, INC., a business entity; THE BANK OF NEW YORK MELLON, a business entity; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 5:17-cv-01011-HRL<br><br>[PROPOSED] ORDER<br><br>Date: May 1, 2018<br>Time: 10:00 a.m.<br>Crtrm.: 2, 5th Floor |

The Court, having read and considered Plaintiffs' Request to Appear by telephone at the hearings on Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint and good cause appearing, finds:

Plaintiffs' Request for a Telephonic Appearance is GRANTED.

ACCORDINGLY, IT IS ORDERED:

1. Plaintiffs' counsel may appear by telephone at the hearings on Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint scheduled for May 1, 2018 at 10:00 a.m. and is ordered to contact CourtCall to arrange the telephonic appearance.

Dated: 4/23/2018

_____
Hon. ~~Howard R. Lloyd~~
U.S. ~~District Court Judge~~
Magistrate Judge

1
[PROPOSED] ORDER