UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THEODORE HAYNISH, et al.,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

Case No.17-cv-01011-HRL

**JUDGMENT**

On May 31, 2018, the Court granted Defendants' motions to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 31, 2018

_____
HOWARD R. LLOYD
United States Magistrate Judge